IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-CR-161-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON L. JONES,

    Defendant.

## ORDER DENYING MOTION TO RECONSIDER

Miller, J.

This case is before me on defendant's motions (doc nos 78, 79, and 80) requesting that I reconsider my denial of his motion to correct his sentence. Defendant contends that the Bureau of Prisons did not award him adequate credit for pretrial detention in this case. I considered his arguments in connection with my original order (doc no 77). In addition, the facts of *Brown v. Perrill*, 28 F.3d 1073 (10th Cir. 1994), which was cited by Defendant in his motions to reconsider, are distinguishable from those here.

Accordingly, it is ordered:

1. Defendant's motions for reconsideration (docs no 78 and 79) are denied. Defendant's motion for judgment on the motions for reconsideration (doc no 80) is

denied as moot.

DATED at Denver, Colorado, on March 20, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge