IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 98-cr-00161-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON L. JONES,

    Defendant.

_____

**ORDER**
_____

This matter is before me on the Defendant's Motion to Vacate, Set Aside, or Correct the Sentence of a Person in Federal Custody (doc. no. 81) which I interpret to be a motion to modify Defendant's imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2). Defendant has also filed a *pro se* Resentencing Memorandum (doc. no. 84) and an Application to Proceed without Prepayment of Fees and Affidavit (doc. no. 83). The basis for Defendant's motion is the recent lowering of the United States Sentencing Guidelines for possession with intent to distribute "crack" cocaine, which would lead to a different Guideline recommendation than that considered by me at the time of the original sentencing. As a consequence, consideration should be given to whether Defendant's term of imprisonment should be reduced after consideration of all factors set forth in 18 U.S.C. § 3553(a).

Defendant's request to proceed *in forma pauperis* is unnecessary as this matter is properly determined in this criminal proceeding.

Defendant requests appointment of counsel and I note that he was previously represented by Charles Elliott, appointed pursuant to the Criminal Justice Act (CJA). For efficiency, Mr. Elliott should be reappointed unless he is unable to serve.

Accordingly, it is ordered:

1. Charles Elliott is appointed to represent Defendant under the CJA, unless he notifies the court in writing within 10 days that he is unable to accept this appointment. Mr. Elliott, or the person appointed in his stead, and the Clerk shall forthwith complete all CJA forms necessary to complete this appointment.

2. Counsel shall review Defendant's filings and, if appropriate, supplement them on or before April 28, 2008.

3. Government shall file a response within 14 days after counsel for Defendant has supplemented Defendant's motions but not later than May 12, 2008.

4. A telephonic status conference in this matter is scheduled for **May 30, 2008, at 8:30 a.m.** Counsel for the government shall initiate the call.

5. Defendant's Application to Proceed without Prepayment of Fees and Affidavit (doc. no. 83) is denied as moot.

DATED at Denver, Colorado, on April 2, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge