IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 98-cr-00161-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON L. JONES,

    Defendant.

_____

**ORDER**
_____

This matter is before me on the Defendant's Motion for Sentencing Relief Pursuant to 18 U.S.C. § 3582(c)(2). The Government has responded and it appears that the recent lowering of the United States Sentencing Guidelines for possession with intent to distribute "crack" cocaine would lead to a different guideline recommendation than that considered by me at the time of original sentencing. Accordingly, consideration should be given to whether I should reduce the Defendant's term of imprisonment after considering all factors set forth in 18 U.S.C. § 3553(a). Accordingly, it is ordered:

    1. The United States Probation Office shall prepare and file an addendum or supplement to the Presentence Investigation Report on or before July 2, 2008. The addendum shall include revised Guideline calculation and consideration of all § 3553(a) factors consistent with § 3582(c)(2), including public safety factors and post-sentencing

conduct. The addendum shall include the recommendation of the probation officer.

2. Counsel shall, in consultation with the probation officer, schedule a hearing for consideration of resentencing.

3. Pursuant to Fed. R. Crim. P. 43(b)(4), Defendant need not be present.

4. Counsel may file a sentencing statement at least 5 days prior to resentencing.

DATED at Denver, Colorado, on June 18, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge