IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 98-cr-00161-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON L. JONES,

    Defendant.

**ORDER ON DEFENDANT'S MOTION FOR FURTHER
REDUCTION OF SENTENCE**

Miller, J.

    This matter is before me on Defendant's motion (doc no 112) seeking further reduction of his sentence.  On October 2, 2008, I reduced Defendant's sentence to 151 months pursuant to 18 U.S.C. § 3582 based on changes in the Sentencing Guidelines for persons convicted of crimes involving crack cocaine.  Defendant now seeks further reduction of his sentence based on his assertion that additional changes to the crack to powder cocaine ratio took effect as of November 1, 2009.  In its response (doc no 113), the government disputes this characterization and states that there is no such amendment to the Sentencing Guidelines.  I am also unaware of changes to the Sentencing Guidelines that would permit me to further reduce Defendant's sentence under 18 U.S.C. § 3582.  The cases cited by Defendant in his motion concern decisions by various courts to vary from the Sentencing Guidelines as a matter of policy at the time of sentencing and are not relevant to a requested reduction of a sentence already imposed.  *See United States v.*

*Lewis*, 623 F. Supp. 2d 42 (D.D.C. 2009); *United States v. Gully*, 619 F. Supp. 2d 633 (N.D. Iowa 2009).

Because I have no authority to reconsider or revisit Defendant's sentence under these circumstances, Defendant's motion is denied.

DATED at Denver, Colorado, on November 12, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge